Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED
May 24, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas
### WACO Division

Case No. 6:24 cv 285
*(to be filled in by the Clerk's Office)*

James Lewis Vasek Jr
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

"The City of Temple" COED
inforcement Jeffrey Sharp
Dolores June Barnett
Temple Police Dept. & Bell Co.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: James Lewis Vasek Jr.
   Address: 1200 Clifton St. Rm. 20
   Waco, TX. 76704    TX    76704
   City    State    Zip Code
   County: McLennon
   Telephone Number: 254-412-8200
   E-Mail Address: jamesvasek7@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Dolores June Barnett
   Job or Title (if known): Care giver
   Address: 1005 S. 5th St.
   Temple    TX    76504
   City    State    Zip Code
   County: Bell
   Telephone Number: 254-231-1979
   E-Mail Address (if known):

   [ ] Individual capacity    [ ] Official capacity

   Defendant No. 2
   Name: Jeffrey Sharp
   Job or Title (if known): Code Enforcement Liasion
   Address: City of Temple, TX.
   Temple    TX    76502
   City    State    Zip Code
   County: Bell
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity    [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name: Thomas Eitel
    Job or Title (if known): Disabled
    Address: 419 W. Ave Q (Blue & white Trailer)
    City: Belton    State: TX    Zip Code: 76513
    County: Bell
    Telephone Number:
    E-Mail Address (if known):

    [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name: Jennifer Nichole Jones Vasek
    Job or Title (if known): widow & my exwife & childrens Mother
    Address:
    City: Belton    State: TX    Zip Code:
    County: Bell
    Telephone Number: 254-624-6581
    E-Mail Address (if known):

    [ ] Individual capacity    [ ] Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A. Are you bringing suit against (check all that apply):

      [ ] Federal officials (a *Bivens* claim)

      [X] State or local officials (a § 1983 claim)

   B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

      42. U.S.C. Againts all Defendants Section 1983

      My Rights To my Land, Home, and all assetts were taken while I was in Jail for 14 Charges that were vacated.

   C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

      Dolores Barnett told People She own my property. Then told them to haul it off my property that she was having the city of Temple Tear my house down while I'm in Jail.

↙ (From BELL CO.)

I ask to have the phone calls and the kioske visits and messages be Summed or saphenad to trial. Sorry I'm not good with my spelling but its explanatory. Ruben James Vasek, Peggy Annett Pajc, Dolores June Barnett will explain on a polygraph examination is invoked now.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They did it when I was falsely imprisoned at Bell County justice system. The put out 14 warrants on me for living in a coverd shelter in place durring Covid 19.

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

511. south 29th street Temple, TX. 76504

B. What date and approximate time did the events giving rise to your claim(s) occur? From 2005-2024. Dolores June Barnett squatted in Walter Fred Kolars Home that I worked for. She has a mental problem. I am Walter Fred Kolar's caregiver, I worked 5 1/2 years for the house & Land. 24/7 live in caregiver till 2005.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I keep getting arrested because Dolores Barnett claims my property belongs to Her. She claims she was his live in caregiver since 1975 — until whenever. Walter was abducted from his home in 2005 by Dolores June Barnett and no one has seen him since then. She had me arrested for a child support warrant in 2005 and when got out Walter Fred Kolar was gone from his home & Ms. Barnett was living in his home and had changed the locks on the doors of the house. Til this day when I ask her about where Mr. Kolar went, (at 98 yrs. old) she threatens to have put in jail. By T.P.D. or Bell Co. or Jeffrey Sharp.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Because of Temple Police Dept. over the yrs. my left arm is almost unable to use it. NEEDS surgery. Every time they arrest me they have been twisting the hands cuffed already. I've been spayed in the eyes with pepper spray with EMS people in a Belton EMS Ambulance all the way from Belton, TX. 76513 They took me to Baylor Scott & White and informed the emergency Room that "its just an old "ICE" Dealer. This was After I was arrested for criminal trespass. I've Been Living on my property since 2016 in my covered shelter all these years and they know it. I worked for it. Dolores had a deed drawn up by an attorney. Dolores claim of $153,000 insurance settlements what I Been hearing.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Temple Police department has documents and Jeffrey Sharp has pitures of all my assetts. And my house and back in my name Dolores June Barnetts owns it on "CADCam". And every day I spent in jail. My bonds, all things that were damaged be totalled up by an MHMR Attorney.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-13-2024

Signature of Plaintiff: *James L. Vasek Jr.*
Printed Name of Plaintiff: James L. Vasek Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
                      *City*    *State*    *Zip Code*
Telephone Number _____
E-mail Address _____

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

PHILIP J. DEVLIN
CLERK OF COURT

ANNETTE FRENCH
CHIEF DEPUTY

May 7, 2024

James L. Vasek Jr.
1200 Clifton Street
Waco, Texas 76504

    This office has received your recent correspondence; however, it does not include enough information to open a case for you. If you would like to file a new case in our Court related to this information, please use the following enclosed forms of your choosing:

__X__   Forms for the filing of a 42 U.S.C. § 1983 Civil Rights Complaint

_____   Forms for the filing of a 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus

__X__   Application to Proceed *in Forma Pauperis* (IFP)

Sincerely,



U.S. District Clerk's Office, Waco
Western District of Texas
254-750-1501

Enclosures

James L. Vasek Jr.
1200 Clifton St. Rm. 20
Waco, TX. 76704

NORTH TEXAS TX 750
21 MAY 2024 PM 7 L

FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES
ZIP 76701
02 7H
0006117353     $ 000.88⁰
MAY 21 2024

Clerk, U.S. District Court
Western District of Texas
United States Court House
800 Franklin Ave. Room 380
Waco, TX. 76704

RECEIVED
MAY 2 4 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

76701-193480